**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GREGORY S. HOPKINS** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL NO.: 1:16cv359-HSO-FKB** |
| | § | |
| **CLIFTON KAHO, WARDEN** | § | **DEFENDANT** |

**FINAL JUDGMENT**

This matter is before the Court on the Report and Recommendation [11] of United States Magistrate Judge F. Keith Ball. By separate Order entered this date, the Court adopted the Report and Recommendation [11] as the finding of this Court; granted Respondent Kaho's Motion to Dismiss [6]; and denied Petitioner's 28 U.S.C. § 2254 Petition [1] for Writ of Habeas Corpus. Accordingly, this case should be dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 12th day of June, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE